Thomas G. Waller, AKB #0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHLAND SERVICES, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTHEAST EARTHMOVERS, INC., an Alaska corporation, and JON MCGRAW, an individual,<br><br>    Defendants. | NO. 3:13-cv-00173-TMB<br><br>COMPLAINT FOR MONEY DAMAGES |

Plaintiff Northland Services, Inc. (Northland) states and alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff Northland is a Washington corporation with its principal place of business in Seattle, Washington.

2.      At all material times, defendant Southeast Earthmovers, Inc. (SEI) was, and upon current information and belief is, an Alaska corporation with its principal place of business in Sitka, Alaska.

3.      At all material times, defendant Jon McGraw was, and upon current information and belief is, an individual who resides in Sitka, Alaska.

4.      Subject matter jurisdiction is appropriate in this Court under 28 U.S.C. § 1332 as it is a civil action between citizens of different states and the amount in controversy is in excess of $75,000.

COMPLAINT FOR MONEY DAMAGES
Case Number: 3:13-cv-00173-TMB
Page 1 of 4

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

5. The Court has personal jurisdiction over defendants under AS § 09.05.015 as, *inter alia*, SEI is a domestic corporation, and McGraw resides in Alaska.

6. Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) as SEI and McGraw reside within the district and under 28 U.S.C. § 1391(b)(2) as a substantial part of the events or omissions giving rise to the underlying claim (i.e., the execution of the underlying note) occurred within the district.

## FACTS

7. On June 18, 2013, for valuable consideration, Northland, SEI, and McGraw executed and delivered to Northland a promissory note (attached hereto as "Exhibit A").

8. McGraw signed the note, on behalf of SEI and on his own behalf, in Sitka, Alaska.

9. Per the terms of the note, defendants SEI and Jon McGraw, as joint and several debtors, promised to pay Northland the principal sum of $150,000, plus interest thereon at the rate of eighteen percent per annum.

10. The note also contained a specific payment schedule by which SEI and McGraw were to abide.

11. Per the terms of the note, failure to abide by the payment schedule results in default, allowing Northland to collect all sums due and payable under the note, including the entirety of the principal amount owing, all accrued interest, and the costs of collection (which includes, without limitation, Northland's legal fees and costs).

12. To date, SEI and McGraw have failed to make any payments on the note.

13. Accordingly, SEI and McGraw are in default under the terms of the note.

## FIRST CAUSE OF ACTION

## BREACH OF CONTRACT

14. Northland incorporates its above-stated allegations.

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

COMPLAINT FOR MONEY DAMAGES
Case Number: 3:13-cv-00173-TMB
Page 2 of 4

15. SEI and McGraw breached their obligations under the note by failing to make payments to Northland in accord with the requirements of the note.

16. Pursuant to the note, Northland elects to declare the full unpaid principal of the note, accrued interest, and all collection costs immediately due and payable.

17. SEI and McGraw are therefore indebted to Northland for not less than the principal sum of $150,000, plus costs of collection and all accrued interest.

18. Northland is therefore entitled to damages from SEI and McGraw, jointly and severally, in an amount to be proven at trial, but no less than $150,000, plus all accrued interest.

## SECOND CAUSE OF ACTION

## ATTORNEY'S FEES

19. Northland incorporates the above-stated allegations.

20. As stated, the governing agreement allows Northland to recover all costs of collection for any sum due from SEI and McGraw.

21. Costs of collection include attorney's fees and other costs associated with recovery of the sums owed.

22. Northland is therefore entitled to additional damages from SEI and McGraw, jointly and severally, in an amount to be proven at trial, for its attorney's fees and other costs associated with recovery of the sums owed.

//

//

//

//

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

COMPLAINT FOR MONEY DAMAGES
Case Number: 3:13-cv-00173-TMB
Page 3 of 4

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Northland Services, Inc. prays for relief as follows:

1. Judgment against defendants, jointly and severally, for not less than $150,000 plus pre- and post-judgment interest;

2. Attorney's fees and costs of collection expended in recovering such sums; and

3. Such other further relief as this Court deems just and equitable.

Dated this Thursday, September 05, 2013.

                    BAUER MOYNIHAN & JOHNSON LLP

                    s/Thomas G. Waller
                    Thomas G. Waller, AKB #0109052
                    2101 4TH Avenue, Ste. 2400
                    Seattle, WA  98121
                    Telephone:  (206) 443-3400
                    Facsimile:  (206) 448-9076
                    tgwaller@bmjlaw.com
                    Attorneys for Plaintiff Northland Services, Inc.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121
(206) 443-3400
FAX (206) 448-9076