Southeast Earthmovers Inc.

P.O. box 784
Sitka, AK 99835

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2013 | 141 |

**Bill To**
Northland Services
P.O. Box 749661
Los Angeles, Ca. 90074-9661

**Ship To**
Bill Northey
Seattle

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 7/15/2013 |  | Sitka Yard |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Lease | 2006 Annual Fee Trailer Storage | 8,400.00 | 8,400.00 |
| 1 | Lease | 2007 Annual Fee Trailer Storage | 8,400.00 | 8,400.00 |
| 1 | Lease | 2008 Annual Fee Trailer Storage | 8,400.00 | 8,400.00 |
| 1 | Lease | 2009 Annual Fee Trailer Storage | 8,400.00 | 8,400.00 |
| 1 | Lease | 2010 Annual Fee Trailer Storage | 8,400.00 | 8,400.00 |
| 1 | Lease | 2011 Annual Fee Trailer Storage | 8,400.00 | 8,400.00 |
| 1 | Lease | 2012 Annual Fee Trailer Storage | 8,400.00 | 8,400.00 |

**Total** $58,800.00

Page 1 of 1
Exhibit 4