## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

NORTHLAND SERVICES, INC.,
    Plaintiff,

Case Number 3:13-cv-00173-TMB

v.

SOUTHEAST EARTHMOVERS, INC.,
AND JON MCGRAW,
    Defendants.

AMENDED
**JUDGMENT IN A CIVIL CASE**

_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

that Plaintiff Northland Services, Inc., recover of defendants Southeast Earthmovers, Inc., and Jon McGraw, the sum of $ 150,000.00, together with prejudgment interest in the amount of $ 30,492.29*, attorney's fees in the amount of $ 10,775.00 and plaintiff's cost of action in the amount of $ 468.90 for a total judgment of $ 191,736.19 with postjudgment interest thereon at the rate of  18 % as provided by law.

APPROVED:


S/TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

Date: August 26, 2014


*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

MARVEL HANSBRAUGH
Marvel Hansbraugh
Clerk of Court